IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOAB ANTHONY SWAYZE                                                                                           PLAINTIFF

v.                                          Case No. 6:23-cv-6024

JAIL ADMINISTRATOR FRED PHILLIPS
and SHERIFF SCOTT FINKBEINER                                                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Comstock recommends that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failing to prosecute this matter and for failing to obey orders of the Court.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 21) *in toto*.  Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Court mailings to Plaintiff were returned as undeliverable in September 2023. ECF No. 7. Plaintiff has not provided an updated address and has not communicated with the Court in any manner since March 2023. ECF No. 6.